UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
Civil Action, File Number 08-0077

------------------------------------------------------------X
STEVEN PLOSKI,              )
                            )
        Plaintiff,          )         AFFIDAVIT OF SERVICE
                            )
                            )
                            )
    v.                      )
                            )
                            )
ANDREW PELLEGRINI INDIVIDUALLY,    )
ANDREW PELLEGRINI IN HIS OFFICIAL  )
CAPACITY, JOHN TWOMEY INDIVIDUALLY, )
JOHN TWOMEY IN HIS OFFICIAL CAPACITY, )
THE CITY OF YONKERS and THE YONKERS )
POLICE DEPARTMENT,          )
                            )
        Defendants.         )
------------------------------------------------------------X

*John A. Raimondo,* being duly sworn deposes and says that deponent is a person not less than 18 years of age and is not a party to the above-entitled action; and that on March 16, 2008, deponent personally served a true copy of the summons and complaint filed in the above matter upon *the Yonkers Police Department, by personal delivery, to Yonkers Police Officer Vachna (998), at the Yonkers Police Department Headquarters, Records Division, located at 104 South Broadway, Yonkers, New York 10701 for whom Officer Vachna represented, he was authorized to accept service, and who provided deponent with a stamped copy of the summons filed herein.*

_____
JOHN A. RAIMONDO

Sworn to before me this 18th

Day of April, 2008

_____
NOTARY PUBLIC

VICTORIA LASCALA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LA6130695
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES: 07/18/20 29

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
Civil Action, File Number 08-0077

---------------------------------------------------------------X
STEVEN PLOSKI,                                )
                                              )
       Plaintiff,                      )        AFFIDAVIT OF SERVICE
                                              )
                                              )
   v.                                         )
                                              )
                                              )
ANDREW PELLEGRINI INDIVIDUALLY,               )
ANDREW PELLEGRINI IN HIS OFFICIAL             )
CAPACITY, JOHN TWOMEY INDIVIDUALLY, )
JOHN TWOMEY IN HIS OFFICIAL CAPACITY, )
THE CITY OF YONKERS and THE YONKERS )
POLICE DEPARTMENT,                            )
                                              )
       Defendants.                     )
---------------------------------------------------------------X

    John A. Raimondo, being duly sworn deposes and says that deponent is a person not less than 18 years of age and is not a party to the above-entitled action; and that on March 22, 2008, deponent personally served two copies of the summons and complaint filed in the above matter upon defendant Andrew Pellegrini, by personally delivering same, in hand, to Edward Fitzgerald, Director of Special Projects for the Yonkers Police Department, at the Office of the Yonkers Police Commissioner, 104 South Broadway, Yonkers, New York, 10701 (one summons and complaint in his official capacity and one in his individual capacity), based on Mr. Fitzgerald's affirmative representation, by phone message of April 17, 2008, on deponent's answering machine, 914-320-3621, that he had personally spoken to Mr. Pellegrini and obtained his authorization to accept service and further, on April 18, 2008, by telephone with deponent, confirming his authorization to accept service.

                                                                            JOHN A. RAIMONDO

Sworn to before me this 25
Day of April, 2008

NOTARY PUBLIC

                                  VICTORIA LASCALA
                     NOTARY PUBLIC, STATE OF NEW YORK
                             NO. 01LA6130695
                    QUALIFIED IN WESTCHESTER COUNTY
                     COMMISSION EXPIRES: 07/18/2009

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
Civil Action, File Number 08-0077

-------------------------------------------------------------X
STEVEN PLOSKI,                              )
                                            )
        Plaintiff,                          )      AFFIDAVIT OF SERVICE
                                            )
                                            )
    v.                                      )
                                            )
                                            )
ANDREW PELLEGRINI INDIVIDUALLY,             )
ANDREW PELLEGRINI IN HIS OFFICIAL           )
CAPACITY, JOHN TWOMEY INDIVIDUALLY,         )
JOHN TWOMEY IN HIS OFFICIAL CAPACITY,       )
THE CITY OF YONKERS and THE YONKERS         )
POLICE DEPARTMENT,                          )
                                            )
        Defendants.                         )
-------------------------------------------------------------X

    *John A. Raimondo*, being duly sworn deposes and says that deponent is a person not less than 18 years of age and is not a party to the above-entitled action; and that on March 16, 2008, deponent personally served a true copy of the summons and complaint filed in the above matter upon *the City of Yonkers, by personal delivery, to the Office of the Corporation Counsel, City of Yonkers, located at 40 South Broadway, City Hall, Room 300 Yonkers, New York 10701, for whom Mary Ann Bottoni represented, she is authorized to accept service, and who provided deponent with a stamped copy of the summons filed herein.*

_____
JOHN A. RAIMONDO

Sworn to before me this 18th

Day of April, 2008

_____
NOTARY PUBLIC

VICTORIA LASCALA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01LA6130695
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES: 07/18/20___