UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action, File Number 08-0077

_____X

STEVEN PLOSKI, )
)
    Plaintiff, )
)     **AFFIDAVIT OF SERVICE**
v. )
)
)
ANDREW PELLEGRINI INDIVIDUALLY, )
ANDREW PELLEGRINI IN HIS OFFICIAL )
CAPACITY, JOHN TWOMEY INDIVIDUALLY, )
JOHN TWOMEY IN HIS OFFICIAL CAPACITY, )
THE CITY OF YONKERS and THE YONKERS )
POLICE DEPARTMENT. )
)
)
    Defendants. )
_____X

John A. Raimondo, being duly sworn deposes and says that deponent is a person not less than 18 years of age and is not a party to the above-entitled action; and that on April 16th, 2008, deponent personally served a true copy of the summons and complaint in the above matter upon the City of Yonkers by personal delivery to the office of the Corporation Counsel for the City of Yonkers, Located at 40 South Broadway, City Hall, Room 300 Yonkers, NY 10701 for whom Mary Ann Bottoni represented she is authorized to accept service and provided deponent with a stamped copy of the summons filed herein.

                                              JOHN A. RAIMONDO

Sworn to before me this 2nd day of
May 2008

_____
Notary Public

MANUEL J. MACHADO
Notary Public, State of New York
02MA6074642
Qualified in Westchester County
Commission expires May 20, 2010