UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action, File Number 08-0077
_____X

| | |
|---|---|
| STEVEN PLOSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | AFFIDAVIT OF SERVICE |
| v. ) | |
| ) | |
| ANDREW PELLEGRINI INDIVIDUALLY, ) | |
| ANDREW PELLEGRINI IN HIS OFFICIAL ) | |
| CAPACITY, JOHN TWOMEY INDIVIDUALLY, ) | |
| JOHN TWOMEY IN HIS OFFICIAL CAPACITY, ) | |
| THE CITY OF YONKERS and THE YONKERS ) | |
| POLICE DEPARTMENT. ) | |
| ) | |
| ) | |
| Defendants. ) | |

_____X

John A. Raimondo, being duly sworn deposes and says that deponent is a person not less than 18 years of age and is not a party to the above-entitled action; and that on April 22th, 2008, deponent served two (2) copies of the summons and complaint on Andrew Pellegrini by personally delivering same in-hand to Edward Fitzgerald, Director of Special Projects for the Yonkers Police Department at the Office of the Yonkers Police Commissioner ,104 South Broadway, Yonkers, NY 10701 based on Mr. Fitzgerald's affirmative representation by phone message of April 17th, 2008 on deponents answering machine the he had personally spoken to Mr. Pellegrini and obtained his authorization to accept service and further on April 18th 2008 by telephone with deponent confirming his authorization to accept service.

_____
JOHN A. RAIMONDO

Sworn to before me this 2nd day of
May 2008

_____
Notary Public

MANUEL J. MACHADO
Notary Public, State of New York
02MA6074642