UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Civil Action, File Number 08-0077

———————————————————————X

STEVEN PLOSKI,

    Plaintiff,

v.    **AFFIDAVIT OF SERVICE**

ANDREW PELLEGRINI INDIVIDUALLY,
ANDREW PELLEGRINI IN HIS OFFICIAL
CAPACITY, JOHN TWOMEY INDIVIDUALLY,
JOHN TWOMEY IN HIS OFFICIAL CAPACITY,
THE CITY OF YONKERS and THE YONKERS
POLICE DEPARTMENT.

    Defendants.

———————————————————————X

John A. Raimondo, being duly sworn deposes and says that deponent is a person not less than 18 years of age and is not a party to the above-entitled action; and that on April 16th, 2008, deponent personally served a true copy of the summons and complaint in the above matter upon the Yonkers Police Department by personal delivery to Yonkers Police Officer Vachna (Shield No. 998) at the Yonkers Police Department Headquarters, Records Divisions located at 104 south Broadway Yonkers, NY 10701 for whom Officer Vachna represented he is authorized to accept service and who provided deponent a stamped copy of the summons filed herein.

                                                  JOHN A. RAIMONDO

Sworn to before me this 2nd day of
May 2008

_____
Notary Public

MANUEL J. MACHADO
Notary Public, State of New York
02MA6074642
Qualified in Westchester County
Commission expires May 20, 2010